Steven R. Schmitz
333 Pine Avenue
Taft, California [93268]

000 000 0000


FILED
JUL 2 0 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

STEVEN R. SCHMITZ,

　　　Claimant/Plaintiff,

vs.

JP MORGAN CHASE BANK, a National Association, dba WASHINGTON MUTUAL BANK, FA, A FEDERAL ASSOCIATION, QUALITY LOAN SERVICE, as Fiduciary/Trustee, Corporate Does-1-99 inclusive, 333 Pine Drive, Taft Ca. 93268, Account Number:00419400988816 in rem property

　　　Respondent/Defendant

NO. 1:15 CV - 0 1 1 2 2 - - GSA

VERIFIED COMPIANT

Plaintiff for his complaint against defendants alleges as follows:

**II. JURISDICTION AND VENUE**

1　　The court is authorized by, but not limited to, Title 28 USC 1331 2201, the False Claims act, 21 USC 3729 et seq., , Title 15, 1692 et seq., The amount in controversy as asserted by defendants exceeds $100,000. This Court has jurisdiction pursuant, but not limited to 28 U.S.C. § 1331. Plaintiff, submits verified claim against, JP MORGAN CHASE BANK, a National Association, dba WASHINGTON MUTUAL BANK, FA, A FEDERAL

ASSOCIATION, QUALITY LOAN SERVICE, as Fiduciary/Trustee Corporate Does-1-99 inclusive, and 333 Pine Drive, Taft Ca. 93268, and account number 00419400988816 in rem property, and the note involved in this matter including but not limited to all Persons known and Unknown claiming any legal equitable eight, title or interest in property described herein adverse to plaintiffs title thereto referred to as 333 Pine Drive, Taft Ca. 93268, APN Number 032-431-02-00-1, and account number 00419400988816, allegedly having a value of approximately 140,000.00 and, in support, states as follows:

2   Venue is also proper in this Court because Defendants maintain their agency or places of business in California with the trust referenced here being made in this district.

**Parties**

3   Plaintiff STEVEN R. SCHMITZ is the estate of Steven R. Schmitz an individual and beneficiary who owns record title to and is the owner in peaceful possession of the real property commonly known as 333 Pine Drive, Taft Ca. 93268, and account number 00419400988816, the property is further described as:

4   Defendant JP MORGAN CHASE BANK, a National Association, dba WASHINGTON MUTUAL BANK, FA, A FEDERAL ASSOCIATION, was, at all relevant times believed to be a federally chartered company. It operates and does business in this District.

5   Defendants QUALITY LOAN SERVICE, as Fiduciary/Trustee, is believed to be a California company, and at all relevant times believed to be a federally chartered company. It operates and does business in this District.

## STATEMENT OF OWNERSHIP

Plaintiff, Steven R Schmitz, is the donor and estate executor. He is the owner of the property defined as the Note and he claims said ownership against the Defendants in that the STEVEN R. SCHMITZ, estate executor, and issuer or estate holder as the Beneficiary and the owner of record, have 100% ownership and financial interest in the fixed rate "Promissory Note" (the "Note"), principal amount or true value of U.S. $100, 000.00. STEVEN R SCHMITZ is the owner of said personal property and is entitled to the income or proceeds therefrom and/or possession thereof and all other property associated therewith.

Whereas, Claimant and Plaintiff has not waived his rights nor did he abandoned his rights in the property, whether real (corpus) or personal (principal) held and maintained in a trust.

## NATURE OF LIABLITY AND TAX NOTICES

4. On or about 3/31/04, Donor and Grantor Steven R. Schmitz, (SCHMITZ) as an individual and as the Grantor executed and delivered the Note* to a purported financial institution or an entity posing as a financial institution. (Washington Mutual)

5. Whereas, said Note was supposedly deposited into Financial Account Number: 00419400988816 (alleged "Loan Number") together with other valuable assets or income held in trust and maintained with a financial institution as Trustee(s).

6. Whereas, said Note proceeds or income therefrom was used to fund a trust.

7. Defendant JP MORGAN CHASE N.A. through its agent QUALITY LOAN SERVICE as Indenture Trustee(s) declares and states they hold(s) rights in possession to certain personal property or chattel and income belonging to the estate of Steven R Schmitz.

---

*NOTE: IRS Publication 334 "Other Income" **Promissory notes.** Report promissory notes and other evidences of debt issued to you in a sale or exchange of property that is stock in trade or held primarily for sale to customers. In general, you report them at their stated principal amount (minus any unstated interest) when you receive them.*

8. Whereas said Defendants in its fiduciary capacity, is liable to said Plaintiff for said property and is responsible for such payments on federal income tax withheld regarding trust income or income taxable to holders, regular interest, deductions, and credits attributable to Plaintiff as beneficiaries or interest holders and owners of record.   Respondent, JP MORGAN CHASE and its Agents, QUALITY LOAN SERVCE are asserting that CHASE is entitled to specific performance upon a "contract" "DEED of TRUST or note" that it is not and never had been a signatory or party to, nor is the supposed writing at issue (note) offered or signed by both parties.  Such a contract right may not and cannot be subject to specific enforcement and will not create or transfer an equitable interest in a land title.

### CLAIM IN REPLEVIN

10. WHEREFORE, should Plaintiff(s) continues to move forward with this alleged "foreclosure" which is actually forfeiture attempt under color of a non-judicial foreclosure action or any other collection or debt action against the Plaintiff  See for example form IRS 3949 A*

   A. Assert its defense to forfeiture/ foreclosure for the amount of recoupment or setoff for identified financial injuries and damages as a result in their conduct in the forfeiture or foreclosure process and violation of law imposing civil liabilities.

   B. Initiate a action in nature of detinue ("Replevin") to recover personal property (i.e. Chattels, Bonds, Promissory Notes, Books of Account, valuable securities and any other personal property or effects) wrongfully detained or withheld in the possession of the Plaintiff(s).

4

***NOTE:** *The IRS Form 3949-A (Information Referral) and the FinCEN Form 101 (Suspicious Activity Report by the Securities and Futures Industries), will be filed and made a part hereof and incorporate herein, to report any Financial Accounts held by JP MORGAN CHASE and all of its affiliates and or to reflect the record for now or in future cases that might be appealed or moved to bankruptcy.*

C. If said personal property is not in the possession of Defendants Plaintiff will and hereby does demand judgment for the value thereof, in the amount of U.S. $ 100,000.00, including interest, expenses, costs, and attorney's fee or any other relief that may be just and equitable in this circumstance.

D. Bring additional or private action or actions before regulatory agencies or suit in the United States federal courts, and sue the Plaintiff(s) ("Trustee") and others in confederation with them for violation of the Constitution for the United States, conspiracy against rights and/or federal laws, or treaties to which the United States is a party and damages for embezzlement, theft or misappropriation of funds for willful failure to collect or pay over tax or attempt to evade or defeat tax.

Respectfully submitted,

/s/ _____
Steven R Schmitz Beneficiary/Owner
Estate Executor

Verification

Under penalties of perjury, I (we) declare that I (we) read the foregoing, and the facts stated herein are true and correct to the best of my (our) knowledge and belief.

Respectfully submitted,

s/ _____
Steven R Schmitz Beneficiary/Owner
Estate Executor